**DISMISSED and Opinion Filed August 23, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00153-CV

## IN THE INTEREST OF A.D.A., C.R.A., J.M.A., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-05934**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

When appellant Jose Arevalo failed to request the reporter's record, we ordered this appeal submitted without a reporter's record and appellant's brief due by July 21, 2021. When no brief was filed, we notified appellant by postcard dated July 26, 2021 and directed him to file his brief and a motion for an extension of time by August 5, 2021. We cautioned appellant that the failure to file a brief by that date would result in the dismissal of the appeal for want of prosecution. See TEX. R. APP. P. 38.8(a)(1).

To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


210153F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF A.D.A.,
C.R.A., J.M.A., CHILDREN

No. 05-21-00153-CV

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-19-05934.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 23, 2021